FILED

FEB 13 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| UNITED STATES OF AMERICA, | NO. CR. S-99-0433 WBS |
|---|---|
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER RE DEFENDANT BAO LU'S MOTION TO DISMISS FOR DENIAL OF SPEEDY TRIAL |
| BAO LU, et. al. | |
| Defendants. | |

----ooOoo----

This is defendant Bao Lu's second motion to dismiss his indictment for violation of his rights under the Speedy Trial Act and the Sixth Amendment. This court denied Lu's original motion in a Memorandum and Order filed on October 18, 2002.

Lu's legal arguments in this motion are essentially identical to the arguments advanced in his previous motion. In this Speedy Trial Act claim, Lu again challenges the reasonableness of the delay excluded from his speedy trial clock based on the continuances granted to his co-defendants. See 18 U.S.C. § 3161(h)(7). As this court noted in the previous order, all of Lu's co-defendants urged that the trial date in this case

1

401

be continued until February 20, 2003.  The only new development is that the trial has been continued again upon the joint request of all other defendants.  The court has found good cause for that continuance.  This court granted that continuance in order to give Lu's co-defendants an opportunity to file pre-trial motions, conduct discovery, and prepare for trial.  In addition, Lu has yet to present specific evidence that he will suffer prejudice as a result of the delay.  All motions for severance in this case have been denied for good cause.  Accordingly, the court finds that Lu's speedy trial clock has been, and continues to be, properly tolled under section 3161(h)(7).

Lu also renews his claim that the post-indictment delay in this case has violated his Sixth Amendment right to a speedy trial.  The court's finding that there has been no violation of the Speedy Trial Act "raises a strong presumption of compliance with the Constitution."  <u>United States v. Baker</u>, 63 F.3d 1478, 1498 (9th Cir. 1982).  That presumption has not been overcome.

IT IS THEREFORE ORDERED that defendant Bao Lu's motion to dismiss indictment based on post-indictment delay be, and the same hereby is, DENIED.

DATED: February 13, 2003

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

```
              United States District Court
                         for the
               Eastern District of California
                     February 13, 2003


             * * CERTIFICATE OF SERVICE * *

                                      2:99-cr-00433


     USA

         v.

     Luong


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 13, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


       William Sze Wong                            SH/WBS
       United States Attorney
       501 I Street
       Suite 10-100
       Sacramento, CA   95814

       Patrick Hanly
       United States Attorney
       501 I Street
       Suite 10-100
       Sacramento, CA   95814

       Richard B Mazer
       Law Offices of Richard B Mazer
       99 Divisadero Street
       San Francisco, CA   94117

       Jan David Karowsky
       716 19th Street
       Suite 100
       Sacramento, CA   95814-0710

       Gail R Shifman
       Law Offices of Gail Shifman
       632 Commercial Street
       Second Floor
```

San Francisco, CA  94111

Shari G Rusk
Law Offices of Shari Rusk
1710 Broadway
Suite 111
Sacramento, CA  95818

Jeffrey L Staniels
Federal Defender
801 K Street
Suite 1024
Sacramento, CA  95814

Michael Bradley Bigelow
Law Offices of Michael Bradley Bigelow
428 J Street
Suite 358
Sacramento, CA  95814-6908

James Ralph Greiner
Law Offices of James R Greiner
555 University Avenue
Suite 290
Sacramento, CA  95825

George C Boisseau
Law Offices of George C Boisseau
50 Santa Rosa Avenue
Fifth Floor
Santa Rosa, CA  95404

SERVICE BY INTER OFFICE:

   US MARSHAL      PROBATION      PRETRIAL SERVICES

                                          Jack L. Wagner, Clerk

                                   BY: _____
                                          Deputy Clerk