**FILED**

FEB 24 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-99-0433 WBS |
| Plaintiff, | |
| v. | ORDER |
| HOANG AI LE, et. al. | |
| Defendants. | |

----ooOoo----

In the court's Order, filed February 14, 2003, regarding defendant Hoang Ai Le's motion to suppress evidence from wiretaps, the court inadvertently failed to mention the joinder of some defendants in the motion. The court understands that co-defendants John That Luong, Thy Chann, and Minh Huynh formally joined in the motion and that all other defendants, with the exception of Bao Lu, joined informally in the motion. Accordingly, for the reasons stated in the court's Order of February 14, 2003, the motion is denied as to all other defendants who have joined in it.

///

///

412

```
 1           IT IS SO ORDERED.
 2  DATED: February 21, 2003
 3                                    WILLIAM B. SHUBB
 4                                    UNITED STATES DISTRICT JUDGE
 5
 ...
28
```

```
            United States District Court
                      for the
              Eastern District of California
                    February 24, 2003


            * * CERTIFICATE OF SERVICE * *

                              2:99-cr-00433


    USA

       v.

    Luong

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 24, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        William Sze Wong                    SH/WBS
        Patrick Hanly
        United States Attorney
        501 I Street
        Suite 10-100
        Sacramento, CA   95814

        Richard B Mazer
        Law Offices of Richard B Mazer
        99 Divisadero Street
        San Francisco, CA   94117

        Jan David Karowsky
        716 19th Street
        Suite 100
        Sacramento, CA   95814-0710

        Gail R Shifman
        Law Offices of Gail Shifman
        632 Commercial Street
        Second Floor
        San Francisco, CA   94111
```

Shari G Rusk
Law Offices of Shari Rusk
1710 Broadway
Suite 111
Sacramento, CA  95818

Jeffrey L Staniels
Federal Defender
801 I Street
Third Floor
Sacramento, CA  95814

Michael Bradley Bigelow
Law Offices of Michael Bradley Bigelow
428 J Street
Suite 358
Sacramento, CA  95814-6908

James Ralph Greiner
Law Offices of James R Greiner
555 University Avenue
Suite 290
Sacramento, CA  95825

George C Boisseau
Law Offices of George C Boisseau
50 Santa Rosa Avenue
Fifth Floor
Santa Rosa, CA  95404

SERVICE BY INTER OFFICE:

US MARSHAL         PROBATION         PRETRIAL  SERVICES

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk