1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   SON VAN NGUYEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-99-0433-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | TO CONTINUE JUDGMENT AND |
| v. ) | SENTENCING |
| ) | |
| SON VAN NGUYEN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

Plaintiff, The United States of America, represented by Assistant United States Attorney, Mr. William S. Wong, and defendant, Hoang Nguyen (also known as Bao Lu) represented by attorney, Mr. Michael B. Bigelow, and defendant Thy Chan represented by attorney, Ms. Shari Rusk and defendant Son Van Nguyen represented by attorney, James R. Greiner, hereby agree and stipulate that the Judgment and Sentencing date of Monday, January 22, 2007 at 8:30, can be vacated and continued to Monday, April 2, 2007, at 8:30 a.m. before the Honorable District Court Judge, William B. Shubb, in Courtroom 5, on the 14th Floor of the Federal Courthouse located at 501 I Street, Sacramento, California.

1

It is so agreed and stipulated to.

DATED: 1-10-07       McGREGOR W. SCOTT
                     United States Attorney

                     /s/ William S. Wong
                     By telephone authorization
                     _____
                     William S. Wong
                     Assistant United States Attorney

DATED:1-10-07        LAW OFFICES OF MICHAEL B. BIGELOW

                     /s/ Michael B. Bigelow
                     By Telephone and e mail authorization
                     _____
                     Michael B. Bigelow
                     Attorney for Hoang Nguyen (also know as Bao Lu)

DATED: 1-10-07       LAW OFFICES OF SHARI RUSK

                     /s/ Shari Rusk
                     By e mail authorization
                     _____
                     Shari Rusk
                     Attorney for Thy Chan

DATED: 1-10-07

                     /s/ James R. Greiner
                     _____
                     James R. Greiner
                     Attorney for Son Van Nguyen

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**DATED: January 10, 2007**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2