1    **JAMES R. GREINER, ESQ.**
     CALIFORNIA STATE BAR NUMBER 123357
2    **LAW OFFICES OF JAMES R. GREINER**
     555 UNIVERSITY AVENUE, SUITE 290
3    SACRAMENTO, CALIFORNIA 95825
     TELEPHONE:(916) 649-2006
4    FAX: (916) 920-7951

5    ATTORNEY FOR DEFENDANT
     SON VAN NGUYEN
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
     UNITED STATES OF AMERICA,          )    CR.-S-99-0433-WBS
11                                       )
               PLAINTIFF,                )    STIPULATION AND ~~PROPOSED~~ ORDER
12                                       )    TO CONTINUE JUDGMENT AND
               v.                        )    SENTENCING TO **NOVEMBER 19, 2007**
13                                       )
                                         )
14   SON VAN NGUYEN, et al.,             )
                                         )
15                                       )
               DEFENDANTS.               )
16   _____)

17
              Plaintiff, The United States of America, represented by Assistant United States Attorney, Mr.
18
     William S. Wong, and defendant, Hoang Nguyen (also known as Bao Lu) represented by attorney,
19
     Mr. Michael B. Bigelow, and defendant Thy Chan represented by attorney, Ms. Shari Rusk and
20
     defendant  Son Van Nguyen represented by attorney, Mr. James R. Greiner, hereby agree and
21
     stipulate that the Judgment and Sentencing date of Monday, April 2, 2007, at 8:30 a.m., can be
22
     vacated and continued to Monday, **November 19, 2007**, at 8:30 a.m.,  before the Honorable District
23
     Court Judge, William B. Shubb, in Courtroom 5, on the 14th Floor of the Federal Courthouse located
24
     at 501 I Street, Sacramento, California.
25

26

27

28
                                          1

1    It is so agreed and stipulated to.

2

3    DATED: 3-28-07                    McGREGOR W. SCOTT
                                        United States Attorney
4

5                                       /s/ William S. Wong
                                        By telephone authorization
6                                       _____
                                        William S. Wong
7                                       Assistant United States Attorney

8    DATED:3-28-07                      LAW OFFICES OF MICHAEL B. BIGELOW

9                                       /s/ Michael B. Bigelow
                                        By Telephone and e mail authorization
10                                      _____
                                        Michael B. Bigelow
11                                      Attorney for Hoang Nguyen (also know as Bao Lu)

12   DATED: 3-28-07                     LAW OFFICES OF SHARI RUSK

13                                      /s/ Shari Rusk
                                        By e mail authorization
14                                      _____
                                        Shari Rusk
15                                      Attorney for Thy Chan

16   DATED: 3-28-07

17                                      /s/ James R. Greiner

18                                      _____
                                        James R. Greiner
                                        Attorney for Son Van Nguyen
19

20
         **GOOD CAUSE APPEARING, IT IS SO ORDERED.**
21

22

23   **DATED:  April 2, 2007**

24                                      WILLIAM B. SHUBB
25                                      UNITED STATES DISTRICT JUDGE

26

27

28                                      2