IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA,

    Respondent,　　　　　　　　　No. CR S-99-0433 WBS DAD P

  vs.

SON VAN NGUYEN,

    Movant.　　　　　　　　　　　　ORDER
_____/

    The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: March 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
nguy0433.rec