1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
                           ----oo0oo----
11
UNITED STATES OF AMERICA,
12                                      NO. CR. 99-433 WBS
            Plaintiff,
13
       v.                               ORDER
14
JOHN THAT LUONG, et al.,
15
            Defendants.
16
17                         ----oo0oo----
18         On October 9, 2009, defendant John That Luong filed a
19  motion to dismiss the indictment in this case for failure to
20  charge a federal offense.  On December 2, 2009, he filed another
21  motion to dismiss certain counts of the indictment.  Defendant
22  Hoang Ai Le, joined in the latter motion.  The Government shall
23  file its response to both motions on or before December 21, 2009.
24  The government's response may address the timeliness, but shall
25  also address the merits of both motions.  Defendants' replies
26  shall be filed by December 28, 2009.  Unless the court determines
27  that oral argument is necessary, the motions will be taken under
28  submission.

                                1

1        IT IS SO ORDERED.

2  DATED:  December 3, 2009

3

4        WILLIAM B. SHUBB

5        UNITED STATES DISTRICT JUDGE

2