Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Movant
Son Van Nguyen

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 99-433 WBS GGH |
| Plaintiff/Respondent, | ~~Proposed~~ Order |
| v. | |
| SON VAN NGUYEN, | |
| Defendant/Movant. | |

**GOOD CAUSE APPEARING** Movant Son Van Nguyen's request for an extension of time to file the traverse is granted. Mr. Nguyen's traverse is due on or before December 6, 2011.

DATED: November 21, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

nguy0433.trv