1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ANN C. McCLINTOCK, Bar #141313
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   THY CHANN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  2:99-CR-0433-03 WBS
                                     )
12              Plaintiff,           )  ~~PROPOSED~~ ORDER
                                     )
13       v.                          )
                                     )
14  THY CHANN,                       )
                                     )
15              Defendant.           )
                                     )
16  _____

17       From the court's reading of General Order No. 563, it is required to grant the Federal

18  Defender's request  to appoint counsel to determine whether Thy Chann may qualify for federal

19  habeas relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of Johnson v. United

20  States, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating

21  thereto for  disposition, even though this defendant has filed a letter stating that he neither wishes

22  the appointment of counsel nor to have the motion made on his behalf.  Therefore, pursuant to

23  the provisions of the Criminal Justice Act, 18 U. S. C. §§ 3006A(a)(1) and (c), Lindsay A.

24  Weston, Attorney at Law, P.O. Box 74310, Davis, CA 95617, is appointed counsel for Mr.

25  Chann.

26  //

27

28

                                    -1-

1    IT IS SO ORDERED.

2    Dated:  March 3, 2016

3                                              WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28