UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THY CHANN,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CR. NO. 2:99-00433 WBS<br><br><u>ORDER</u> |

----oo0oo----

        On June 25, 2016, petitioner Thy Chan filed a motion pursuant to 28 U.S.C. § 2255.  (Docket No. 1728.)  The United States shall file an opposition to petitioner's motion no later than July 22, 2016.  Petitioner may then file a reply no later than August 5, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

1

Dated:   June 28, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE