UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THY CHANN, | CR. NO. 2:99-00433-03 WBS |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

----oo0oo----

IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket No. 1728) is referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B). The previously set briefing schedule (Docket No. 1730) shall remain in effect.

IT IS SO ORDERED.

Dated: July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1