| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JASON HITT<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: 916-554-2700 |
| 5 | Attorneys for Respondent<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>BAO LU, SON VAN NGUYEN, THY CHANN, and HOANG AI LE,<br><br>Defendant/Movant. | 2:99-CR-00433-WBS-AC<br><br>CONSOLIDATED STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME IN WHICH TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS.<br><br>(ECF. 1807 – 1810) |

Respondent United States of America, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Jason Hitt, Assistant United States Attorney, hereby requests an additional 30-day extension of time until October 23, 2019, in which to file its consolidated objections to Magistrate Judge's findings and recommendations. Docket Nos. 1807-1810.

For the past three weeks, counsel for the Government has been in trial preparations and trial in *US v. Sherman, et al.,* 2:13-CR-00302-MCE, which concluded on September 19, 2019. The additional time will give me additional time to interpret additional guidance with regard to the recent decisions in *United States v. Davis*, 677 Fed. Appx. 933 and *United States v. Begay*, ___ F.3d ___, 2019 WL 3884261. This, in turn, will provide sufficient time to draft and file appropriate objections.

Geoffrey M. Jones, counsel for Hoang Ai Le, does not oppose the Government's request.

Katherine Hart, counsel for Bao Lu, does not oppose the Government's request.

Lindsay Weston, counsel for Thy Chann, does not oppose the Government's request.

Benjamin Ramos, counsel for Son Van Nguyen, does not oppose the Government's request.

Dated: September 23, 2019
McGREGOR W. SCOTT
United States Attorney

/s/ *JASON HITT*
JASON HITT
Assistant United States Attorney

Dated: September 23, 2019
/s/ *GEOFFREY JONES*
GEOFFREY JONES
Attorney for Hoang Ai Le

Dated: September 23, 2019
/s/ *KATHERINE HART*
KATHERINE HART
Attorney for Bao Lu

Dated: September 23, 2019
/s/ *LINDSAY WESTON*
LINDSAY WESTON
Attorney for Thy Chann

Dated: September 23, 2019
/s/ *BENJAMIN RAMOS*
BENJAMIN RAMOS
Attorney for Son Van Nguyen

# [~~PROPOSED~~] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's Consolidated Objections to the Magistrate Judge's Findings and Recommendations is now due October 23, 2019.

Dated: September 24, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR SECOND EXTENSION OF TIME
TO FILE OBJECTIONS TO THE MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATIONS