LINDSAY ANNE WESTON #73132
P.O. Box 74310
Davis, CA 95617
530-304-0873
lawweston@sbcglobal.net

Attorney for Defendant THY CHANN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THY CHANN,<br><br>　　　　Defendant/Movant | Case No.: 2:99-CR-00433 WBS-AC<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING OF THY CHANN TO OCTOBER 26, 2020 |

　　　　The parties to this action, Defendant THY CHANN, by and through appointed counsel, Lindsay Weston, and Plaintiff United States of America, by and through its attorney of record, McGregor W. Scott, United States Attorney, and Jason Hitt, Assistant United States Attorney, stipulate and request this Court order the sentencing in this matter currently set for September 14, 2020, in this Courtroom, reset to October 26, 2020, at 9:00 a.m. ECF 1861.

　　　　The request to continue the sentencing from September 14, 2020, to October 26, 2020, at 9:00 a.m. is made by defendant, THY CHANN. Undersigned counsel, Lindsay Weston, in the factual basis related below, represents that a continuation of the sentencing is required to allow defendant sufficient time to provide necessary information to Probation Officer Julie Besabe for the preparation of a Presentence Report.

STIPULATION AND ORDER TO CONTINUE SENTENCING OF THY CHANN TO OCTOBER 26, 2020 - 1

Undersigned counsel Weston represents that she spoke with Thy Chann by phone on July 14, 2020 and he is not opposed to a continuance of the sentencing. Undersigned counsel Weston represents that some documents necessary to the defense are not available through online filing and must be obtained through Probation archives which, because of health measures in place for COVID-19, are not currently accessible. Further, Mr. Chann has provided undersigned defense counsel with a large number of documents which need to be synopsized for presentation to Probation in order to conduct a full telephone interview with Mr. Chann and for possible inclusion in the Presentence Report. Probation Officer Julie Besabe is not opposed to this request for a continuance.

The parties further request that this Court, aside from setting a new sentencing date, adopt the Schedule for preparation and disclosure of the Presentence Report contained in the accompanying [Proposed] Order.

Dated: July 21, 2020    /s/ *LINDSAY WESTON*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LINDSAY WESTON
　　　　　　　　　　　　　　　Attorney for Thy Chann

Dated: July 21, 2020    */s/ JASON HITT*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE SENTENCING OF THY CHANN TO OCTOBER 26, 2020 - 2

**ORDER**

The Court, having received, read and considered the Stipulation of the parties, and good cause appearing therefrom, adopts the Stipulation of the parties as its Order.

It is further Ordered that the Judgement and Sentencing is now set for October 26, 2020 at 9:00 a.m. in Courtroom 5 and that further the parties shall comply with Disclosure and Objections to the Presentence Report as follows:

| | |
|---|---|
| Draft Presentence Report disclosed by: | September 14, 2020 |
| Parties written objection to draft PSR by: | September 28, 2020 |
| Presentence Report filed and disclosed by: | October 5, 2020 |
| Formal Objections to PSR filed by: | October 12, 2020 |
| Reply or Statement of Non-Opposition by: | October 19, 2020. |

IT IS SO ORDERED.

Dated:  July 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE SENTENCING OF THY CHANN TO OCTOBER 26, 2020 - 3