1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5
   Attorneys for Plaintiff
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. 2:99-CR-00433-WBS

12 |              Plaintiff,            ORDER GRANTING GOVERNMENT'S MOTION
                                       FOR EXTENSION OF TIME
13 | v.

14 | THY CHANN,

15 |              Defendant.

16

17        On July 11, 2022, the United States requested an extension of time to August 9, 2022, to file its

18 response to the Defendant's *pro se* motion for compassionate release. Docket No. 1965.

19        IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The

20 response is now due August 9, 2022.   Defendant may file a reply no later than twenty-one (21) days

21 from the date of the filing of the United States' opposition. The court will then take the motion under

22 submission and will inform the parties if oral argument or further proceedings are necessary.

23

24 Dated:  July 11, 2022

                                    _____
25                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
26

27

28
                                           1