PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>THY CHANN,<br><br>            Defendant. | CASE NO. 2:99-CR-00433-WBS<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On August 9, 2022, the United States requested an extension of time to August 16, 2022, to file its response to the Defendant's *pro se* motion for compassionate release. Docket No. 1965.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The response is now due August 16, 2022.

Dated:  August 10, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1