IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THY CHANN,<br><br>Defendant. | Case №: 2:99-cr-000433-03WBS<br><br>**O R D E R<br>APPOINTING COUNSEL** |

    It appearing that the United States Court of Appeals for the Ninth Circuit issued a memorandum disposition on November 9, 2022, remanding the matter to this court, and that CJA Panel attorney Gail Ivens is currently appointed to represent defendant in that court, pursuant to the joint request of Ms. Ivens and the Federal Defender, Ms. Ivens is hereby appointed to represent defendant in this court in all further proceedings, effective November 28, 2022.

    IT IS SO ORDERED.

Dated: December 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE