# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THY CHANN,<br><br>　　　Defendant. | No. 2:99-cr-00433-03 WBS<br><br>**ORDER** |

　　GOOD CAUSE APPEARING, the Court accepts Thy Chann's waiver of appearance for resentencing and related proceedings.

　　It is SO ORDERED.

Dated:  January 10, 2023

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE