UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:99-cr-00433-03 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| THY CHANN, | |
| Defendant. | |

----oo0oo----

The Ninth Circuit recently vacated defendant Thy Chann's sentence and remanded for resentencing, and counsel was appointed "to represent defendant in this court in all further proceedings . . . ." (Docket No. 1985.) Accordingly, at the status conference set for Tuesday, January 17, 2023, defense counsel shall be prepared to inform the court whether defendant will either (1) withdraw his pending pro se motions (Docket Nos. 1959, 1965, 1981), or (2) continue to assert those motions, with defense counsel acting on his behalf in connection with them.

IT IS SO ORDERED.

Dated: January 10, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1