# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | No. 2:99-cr-00433-03 WBS |
| Plaintiff, | **ORDER** |
| v. | |
| THY CHANN, | |
| Defendant. | |

GOOD CAUSE APPEARING, the Court vacates the status conference currently set March 27, 2023 in this matter, and sets a new status conference for April 17, 2023 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE