UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THY CHANN,<br><br>    Defendant. | No. 2:99-cr-00433-03 WBS<br><br>**ORDER** |

      GOOD CAUSE APPEARING, the Court vacates the status conference currently set for April 17, 2023 in this matter. The Court sets an evidentiary sentencing hearing on **August 1, 2023 at 9:00 A.M.** The defense shall file their initial sentencing brief by July 11, 2023, the government shall respond by July 18, 2023, and the defense shall file a reply, if any, by July 25, 2023. The government shall make the necessary arrangements to have Mr. Chann transported to the district at least **six** weeks in advance of the August 1, 2023 hearing date in order to facilitate meetings with defense counsel.

      It is SO ORDERED.

Dated:  April 12, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE