# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>THY CHANN,<br><br>    Defendant. | No. 2:99-cr-00433-03 WBS<br><br>**ORDER** |

    GOOD CAUSE APPEARING, the Court hereby orders the Probation Department, by Senior Probation Officer Julie L. Besabe, to release to defense counsel Gail Ivens a copy of the report by Dr. Jackman, which was previously prepared in connection with this case.

    It is SO ORDERED.

Dated:  June 2, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE