# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THY CHANN, <br><br> Defendant. | No. 2:99-cr-00433-03 WBS <br><br> **ORDER** |

GOOD CAUSE APPEARING, at the request of the defendant, the Court hereby orders the Clerk to make arrangements for video testimony for the sentencing hearing on August 1, 2023 at 9:00 a.m. The Clerk shall provide the log in information to defense counsel Gail Ivens so she may provide it to the witness.

It is SO ORDERED.

Dated:  July 31, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE