# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>THY CHANN, <br><br>　　　　Defendant. | No. 2:99-cr-00433-03 WBS <br><br>**ORDER** |

GOOD CAUSE APPEARING, based on the waiver of appearance filed by counsel, the Court approves the waiver and directs that defendant THY CHANN not be transported to Sacramento for the status conference on January 29, 2024.

Defense counsel is ordered to advise the United States Marshals at least two weeks before the defendant's presence is needed.

It is SO ORDERED.

Dated:  January 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE